

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2014

No. 04-14-00163-CV

**AAA FREE MOVE MINISTORAGE L.L.C.**,
Appellant

v.

**BRIGHAM LIVING TRUST**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-01363
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

The Appellant's Third Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on September 5, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court